# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MICHAEL EUGENE HAYNES, #71271**                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 5:18-cv-38-DCB-MTP**

**JODI BRADLEY, ET AL.**                                            **DEFENDANTS**

## MOTION TO FILE EXHIBIT UNDER SEAL

Defendant Dr. James Burke ("Dr. Burke") files this Motion to File Exhibit Under Seal. Dr. Burke intends to file his response to Plaintiff's Motion for a Temporary Restraining Order [Doc. 89], and, in support of that response, he intends to attach as Exhibit A certain medical records reflecting Plaintiff's treatment. In order to protect Plaintiff's personal medical information, Dr. Burke asks that these records be received and docketed under seal.

Respectfully submitted, this the 8th day of April, 2019.

                                                      /s/*Stevie F. Rushing*
                                                      Michael J. Bentley (MSB# 102631)
                                                      Erin Saltaformaggio (MSB# 103999)
                                                      Molly M. Walker (MSB# 100689)
                                                      Stevie F. Rushing (MSB# 105534)
                                                      mbentley@bradley.com
                                                      esaltaformaggio@bradley.com
                                                      mmwalker@bradley.com
                                                      srushing@bradley.com

                                                      ATTORNEYS FOR DR. JAMES BURKE

OF COUNSEL
Bradley Arant Boult Cummings, LLP
188 East Capitol Street, Suite 1000
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I filed the foregoing via the Court's CMC/ECF system, which will deliver copies to all counsel of record and a hard copy to the following:

Michael Eugene Haynes, #71271
W.C.C.F.
P.O. Box 1889
Woodville, MS 39669

*Pro Se Plaintiff*

                                                /s/ *Stevie F. Rushing*
                                                  OF COUNSEL